EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 21 2004

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

UNSEALED BY ORDER OF THE COURT
DATE: MAR 01 2004

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04 00031 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [21 U.S.C. §§ 846 and 841] |
| TODD TAKEO SAKO, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

From a date unknown, but from sometime in December 2002, to on or about February 2003, in the District of Hawaii, and elsewhere, the defendant, TODD TAKEO SAKO, did conspire with other persons known to the Grand Jury, who are not defendants herein, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine,

its salts, isomers and salts of its isomers, approximately eighteen pounds, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(B).

OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendant and his co-conspirators performed overt acts in the District of Hawaii, and elsewhere, including but not limited to, the following:

1. On or about December 17, 2002, defendant TODD TAKEO SAKO traveled to Las Vegas, Nevada, from Honolulu, Hawaii, with another co-conspirator to purchase approximately eight pounds of methamphetamine from other individuals in Nevada.

2. Between the period December 17, 2002 and December 21, 2002, defendant TODD TAKEO SAKO and the co-conspirator purchased approximately eight pounds of methamphetamine in Las Vegas, Nevada, which they sent to Hawaii for distribution to others.

3. In or around December 2002, defendant TODD TAKEO SAKO received a portion of the eight pounds of methamphetamine which had been sent from Las Vegas, Nevada and distributed it to others.

4. On or about January 22, 2003, defendant TODD TAKEO SAKO traveled to Las Vegas, Nevada, from Honolulu, Hawaii, with

another co-conspirator to purchase approximately eight pounds of methamphetamine from other individuals in Nevada.

    5. Between the period approximately January 22, 2003 through January 26, 2003, defendant TODD TAKEO SAKO and another co-conspirator purchased approximately eight pounds of methamphetamine in Las Vegas, Nevada, which they sent to Hawaii for distribution to others.

    6. In or around January 2003, defendant TODD TAKEO SAKO received a portion of the eight pounds of methamphetamine which had been sent from Las Vegas, Nevada and distributed it to others.

    7. Between the period December 2002 and February 2003, defendant TODD TAKEO SAKO distributed approximately ten pounds of methamphetamine in the District of Hawaii which he received from the co-conspirator.

    All in violation of 21 U.S.C. §846.

### Count 2

The Grand Jury further charges that:

Between the period December 2002 and February 2003, in the District of Hawaii, defendant TODD TAKEO SAKO and another individual, not a defendant herein, did knowingly and intentionally possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers,

to wit, approximately eighteen pounds, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1).

DATED: _____JAN 2 1 2004_____, Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Todd Sako
Cr. No. _____
"Indictment"

4