PAMELA O'LEARY TOWER #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant SAKO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 03 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                ) <br>             Plaintiff,         )<br>                                )<br>       vs.                      )<br>                                )<br> TODD TAKEO SAKO,               )<br>                                )<br>             Defendant.         )<br>                                ) | CR. NO. 04-00031 DAE<br><br><br><br>DEFENDANT'S SUPPLEMENTAL LETTERS IN SUPPORT OF SENTENCING; CERTIFICATE OF SERVICE |

DEFENDANT'S SUPPLEMENTAL LETTERS IN SUPPORT OF SENTENCING

Defendant TODD TAKEO SAKO, by and through his attorney PAMELA O'LEARY TOWER hereby files a letter from his wife Alisa Sako and his pastor, Roy Yamamoto, in support of his sentencing.

DATED:   Honolulu, Hawaii, _____April 3_____, 2006.

_____
PAMELA O'LEARY TOWER
Attorney for TODD TAKEO SAKO