Alisa Sako
2407 Paoua Road.
Honolulu, HI 96813

March 24, 2006

Dear Judge Ezra:

My name is Alisa Sako; I am the wife of Todd T. Sako and the mother of his/our son Todd Ethan Sako.

I'm assuming you have a clear idea of why I'm writing this letter, therefore, I ask you to bear with me as I try my best to make a difference. I do understand the magnitude of the charges faced against Todd. Also, the decision of his plea, and so, I cannot argue with what has already been done.

Compared to anyone else who knows Todd, I could say that I know him the best. Todd and I have overcome many challenges together. When we met I was no better than him, you could say that our life together was quite erratic.

I am presently attending Heald College; pursuing an Associates Applied Science in Business Administration with an emphasis in Hospitality and Tourism. I never imagined myself going back to school. Since, my enrollment I have received several awards. I owe this blessing to Todd. He encourages me to seek a college degree. Todd supports me in many ways. For instance, while I am in school (full time) he is at home caring for our son. I give him credit; he does a terrific job at dealing with Ethan's terrible 2's; the tantrums, attitude and everything else you can think of that develops during that age.

Todd has become a very nurturing person. Once he found a young bird in our yard, I tried to convince him to leave it alone and that the bird's parents where somewhere near by watching. Throughout the day Todd would constantly check up on it and when night fell he brought it in. I asked him what is he doing and his answer was, he didn't see any signs of its parents around and the bird will not survive the night alone. Todd put his best effort to care for the bird, until I finally convinced him that the humane society was better equipped and skilled at dealing with something like this. The next morning Todd left for work and I took the bird to the humane society. This shows the change Todd has articulated in the passing years.

Respectfully, I ask you to bear in mind, while Todd approached his mid-30's. Everyone around him had or was having children, all except for Todd. I did get pregnant once before, but decided not to say anything to Todd. I had no plans to keep the child; at the time I did not feel/see any signs of change in our life, let alone the thought of either one of us trying to hold a stable job.

Later, I remember him say, he has accepted the fact that he will only be an uncle and not a daddy. This immediately caught my attention.

According to Erikson, an interest in guiding the next generation is the main source of balance in mature adulthood. This quality is called generativity.

When I became pregnant with Ethan, Todd had made some decisions that were followed by certain actions that I felt weighted heavily towards his desire to change. Moreover, was an impression given, in which, he and I together, would have a chance at rising out child. Unfortunately, the only proof is in a handshake done in good faith.

Todd has manifested the qualities of a fine person. Even through his darkest years, Todd has always been a man of his word. Anyone who knows him would say this to be true. In the hospital when Todd first embraced his newborn son, he quietly whispered a promise to Ethan. It was a promise to never go back to his old ways and to do things differently, and therefore, his son will have the chance to grow up right.

My husband Todd Sako is a good man; he also deserves a second chance. Every human being makes mistakes. In the end, this will affect my son the most.

Thank you for giving me this opportunity to express my feelings and by taking the time to read this letter. I apologize for the length of the letter. Once again, respectfully, I hope you take all I have written to heart.

Sincerely,

*Alisa M. Sako*

Alisa Sako