

Pastor Roy Yamamoto – Prison Ministry
290 Sand Island Access Road
Honolulu, Hawaii 96819

Honorable Judge David Alan Ezra
Chief Judge
United States District Court -- District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

March 22, 2006

Honorable Judge David Ezra:

Please accept this letter as evidence of my support for Todd Sako . I have known Mr. Sako as a personal friend; I have seen such a change in his life, I have had the privilege to perform his wedding a year and a half ago.
Todd is a great father to his son and a wonderful husband to his wife Alicia.

Todd attended New Start regularly, it was a blessing for him to be there and for new start to have him, due to him getting a job and working to provide for his family he can no longer attend New Start Todd is faithful in working hard at providing for his family. I see him and his family at midweek church service every week.

Todd went on outreaches with me to the High Schools here in Hawaii and he spoke to the youths, and shared his testimony. He also spoke to a youth club here at New Hope; he has a heart for that ministry, to help youths in choosing to make right decisions, and the youths really appreciate him... I have seen Todd change so much all for good that's why I would like to request leniency on behalf of Todd and his Family.

Sincerely,

*Roy Yamamoto*

Pastor Roy Yamamoto