## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of DEFENDANT'S SUPPLEMENTAL LETTERS IN SUPPORT OF SENTENCING was duly served on the following parties by U.S. Mail, Facsimile or hand-delivery on April 3, 2006.

|  | U.S. Mail | Fax | Hand-Delivery |
|---|---|---|---|
| BEVERLY WEE SAMESHIMA<br>Assistant United States Attorney<br>PJKK Federal Building, Room 6100<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>Attorney for the United States |  |  | X |
| MALIA EVERSOLE<br>U.S. Probation Officer<br>PJKK Federal Building, Room C-110<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 |  |  | X |

DATED:   Honolulu, Hawaii, April 3, 2006

PAMELA O'LEARY TOWER
Attorney for TODD TAKEO SAKO