ORIGINAL

Pamela O'Leary Tower #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

LODGED
JUN 15 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 19 2006
at 11 o'clock and 40 min A M
SUE BEITIA, CLERK

Attorney for Defendant SAKO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD TAKEO SAKO,<br><br>Defendant. | CR. NO. 04-00031 DAE<br><br>STIPULATION AND ORDER EXONERATING BOND AND CANCELING AND RELEASING MORTGAGE<br><br>JUDGE: DAVID ALAN EZRA |

STIPULATION AND ORDER EXONERATING BOND AND
CANCELING AND RELEASING MORTGAGE

IT IS HEREBY STIPULATED, by and between Plaintiff United States of

America and Defendant TODD TAKEO SAKO, through their respective counsel,

that Pursuant to Rule 46 (f) of the Federal Rules of Criminal Procedure, a

Judgment in a Criminal Case was filed herein on April 27, 2006, and Defendant TODD TAKEO SAKO having been committed to the custody of the United States Bureau of Prisons for imprisonment and having surrendered himself to Lompoc USP on May 25, 2006, and all conditions of the bond posted herein having been satisfied, the bond herein-above posted and the security mortgage filed in conjunction therewith on March 30, 2004, and recorded in the State of Hawaii Bureau of Conveyances on March 30, 2004, at 9:00 a.m. as Document No. 3090154 on Certificate of Title No. 457,672, further described as:

> All of that certain parcel of land situate in Pauoa Valley, Honolulu aforesaid, described as follows:
> Lot A-10, area 3,235.0 square feet, as shown on Map 2, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii with Land Court Application No. 1097 of Chiyo Kuba, and being all of the land described in TransferCertificate of Title No. 90,020 issued to Raymond Kiyoji Nakano and Ch Yoko Nakano, husband and wife.
> SUBJECT, HOWEVER, to any of the encumbrances mentioned in Section 342-42, Revised Laws of Hawaii 1955, as amended, which may be subsisting; and SUBJECT ALSO TO an easement for that certain auwai over, across and through said Lot A-10 and along near its East boundary, as shown on Msp 1, together with such access to Chiyo Kuba for the proper control, at all times, of the water for irrigation purposes, as mentioned in said Transfer Certificate of Title No. 90,020 to which reference is hereby made.

are hereby exonerated and canceled. The Mortgagors therein are hereby released and the mortgage herein-above referred to is canceled.

DATED: Honolulu, Hawaii, _____.

_____          _____
PAMELA O'LEARY TOWER               BEVERLY WEE SAMESHIMA
Attorney for Defendant             Attorney for Plaintiff United States
TODD TAKEO SAKO                    of America

NO OBJECTION:

_____
DAVID KAHUNAHANA
U.S. Pretrial Services Officer
United States Pretrial Services
Office

APPROVED AND SO ORDERED:

_____
DAVID ALAN EZRA
JUDGE OF THE ABOVE-ENTITLED COURT

---

United States of America v. Todd Takeo Sako; Cr. No. 04-00031 DAE;
Stipulation and Order Exonerating Bond and Canceling and Releasing Mortgage